```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION
```

ANNETTE CRAWFORD                                        PLAINTIFF

VS.                           CIVIL ACTION NO. 3:06CV669TSL-JCS

PIKE COUNTY, MISSISSIPPI AND                           DEFENDANTS
MARK SHEPHERD, IN BOTH HIS OFFICIAL
AND INDIVIDUAL CAPACITIES

## JUDGMENT

Pursuant to the memorandum opinion and order entered this date and the June 17, 2008 order adopting the magistrate judgment's report and recommendation, the court finds that plaintiff's complaint should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 15th day of January, 2009.

                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE